7jgmtwoh (7/15)

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF MISSOURI

***In Re:*** Earl Dean Miller and Danielle Eva Miller
–––ABOVE MED–––
***Debtor***

***Bankruptcy Case No.***
15–50281–can13

**World's Foremost Bank**
    Plaintiff(s)

***Adversary Case No.***
15–05011–can

v.

**Earl Dean Miller**
    Defendant(s)

# JUDGMENT

    The issues of this proceeding having been duly considered by the Honorable Cynthia A. Norton , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

***IT IS ORDERED AND ADJUDGED***: Final judgment is hereby entered ordering the sum of $1,006.51 to be non–dischargeable pursuant to 11 U.S.C. Section 523(a)(2) as against Debtor, Earl Dean Miller, and in favor of Worlds Foremost Bank. The terms of the Stipulation for Judgment executed by the parties are incorporated herein by reference.



PAIGE WYMORE–WYNN
Acting Court Executive

By: /s/ Jamie McAdams
    Deputy Clerk

Date of issuance: 10/27/15

Court to serve